O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE AGUIRRE, | ) | Case No. CV 09-6222-AG (DTB) |
| Plaintiff, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) | |
| GUERRO, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is denied. Defendants are ORDERED to file an Answer addressing the merits of the First Amended Complaint within 30 days of the date of this Order.

Date: December 22, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1