HAROLD G. BECKS, ESQ., Bar No. 59126
**HAROLD G. BECKS & ASSOCIATES**
3255 Wilshire Boulevard, Suite 1734
Los Angeles, California 90010
Telephone:  (213) 385-9852
Facsimile:   (213) 385-1370
hbecks@ftsbroadband.net

Attorneys for Defendants
**Guerrero,** *et al*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AGUIRRE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GUERRERO et al.,<br><br>　　　　Defendants. | **No. 2:09-CV-06222-AG-DTB**<br><br>**[~~PROPOSED~~] ORDER ON AMENDED JOINT STIPULATION AND PROTECTIVE ORDER**<br><br>**NOTE CHANGES MADE BY THE COURT** |

This Court has read and considered the Amended Joint Stipulation and Protective Order entered into between the Plaintiff and Defendants, by and through their respective attorneys of record herein, and good cause appearing therefore, this Court hereby makes and enters the following orders:

1. The Amended Joint Stipulation and Protective Order [Dkt. # 143] is hereby adopted and entered by this Court.

DATED: July 19, 2013    _____
　　　　　　　　　　　　　United States Magistrate Court Judge

**1**　　　[PROPOSED] ORDER ON JOINT STIPULATION AND PROTECTIVE ORDER